UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO HAK SEO,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., and REGIONAL TRUSTEE SERVICES CORPORATION,<br><br>        Defendants. | Case No. EDCV 11-01746 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>December 2, 2011</u>

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge